**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTEO BECERRA, | No. C 09-05568 SI |
| Plaintiff, | **ORDER VACATING HEARING;**<br>**ORDER TO SHOW CAUSE** |
| v. | |
| OCWEN LOAN SERVICING, et al., | |
| Defendants. | |
| _____/ | |

On November 24, 2009, plaintiff filed suit in this Court alleging violations of the federal Truth in Lending Act ("TILA"), Real Estate Settlement Procedures Act ("RESPA"), and a number of state law claims. Defendants have moved to dismiss. Plaintiff has filed a notice of non-opposition to dismissal of his TILA and RESPA claims, but has not responded to defendants' arguments concerning his state law claims. Plaintiff's notice of non-opposition states that he is invoking this Court's jurisdiction on a federal question basis. In light of the dismissal of plaintiff's federal claims, however, it appears there is no longer any ground for federal jurisdiction in this action. The Court therefore orders as follows:

1. The hearing currently scheduled for March 12, 2010 is hereby VACATED.

2. The parties are directed to show cause in writing, to be filed no later than **March 15, 2010**, why this action should not be dismissed for lack of federal jurisdiction.

3. If plaintiff asserts that there is a continuing basis for federal jurisdiction, his submission in response to this order shall include a response regarding defendants' arguments for dismissal of his state law claims.

**IT IS SO ORDERED.**

Dated: March 2, 2010

_____
SUSAN ILLSTON
United States District Judge