UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTEO BECERRA,

    Plaintiff,

v.

OCWEN LOAN SERVICING et al,

    Defendant.
    _____/

Case Number: CV09-05568 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick Del Carmen Lagumbay
3304 Aegean Way
San Bruno, CA 94066

Dated: March 2, 2010

    Richard W. Wieking, Clerk
    By: Tracy Forakis, Deputy Clerk