IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTEO BECERRA, | No. C 09-05568 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OCWEN LOAN SERVICING, et al., | |
| Defendants. | |

On March 2, 2010, the Court issued an Order to Show Cause why this action should not be dismissed for lack of federal jurisdiction after plaintiff filed a notice of non-opposition to dismissal of his federal claims. In responding to the Court's show cause order, plaintiff agreed that there is no continued basis for federal jurisdiction and stated that he does not oppose dismissal of this action.

Accordingly, this action is hereby DISMISSED for lack of federal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 16, 2010

SUSAN ILLSTON
United States District Judge